United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 18-11380-VK
Fairfax Property Group LLC                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin              Page 1 of 1              Date Rcvd: Jun 18, 2018
                              Form ID: odspb           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
```
db          +Fairfax Property Group LLC,    4060 Camino De La Cumbre,     Sherman Oaks, CA 91423-4522
smg          Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
38549075    +Fidelity Title,    3210 EL CAMINO REAL, STE. 200,    IRVINE CA 92602-1368
38549076    +Triumph Cap Ptrs Inc.,    155 SOUTH HIGHWAY 101 SUITE 7,    SOLANA BEACH CA 92075-1800
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QNJZAMORA.COM Jun 19 2018 06:53:00      Nancy J Zamora (TR),    U.S. Bank Tower,
              633 West 5th Street, Suite 2600,    Los Angeles, CA 90071-2053
smg          EDI: EDD.COM Jun 19 2018 06:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P. O. Box 826880,     Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Jun 19 2018 06:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P. O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
```
              Jennifer C Wong    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
               jwong@ecf.courtdrive.com
              Lee M Linson    on behalf of Debtor    Fairfax Property Group LLC linsonlawyer@gmail.com,
               david@jshoffmanlaw.com
              Nancy J Zamora (TR)    zamora3@aol.com,  nzamora@ecf.epiqsystems.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

Form odspb–odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Fairfax Property Group LLC

**BANKRUPTCY NO.** 1:18–bk–11380–VK

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax–Identification (EIN) No(s).(if any):** 46–2563386
**Debtor Dismissal Date:** 6/18/18

**Address:**
4060 Camino De La Cumbre
Sherman Oaks, CA 91423

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 18, 2018

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb–odspab/autodismi Rev. 06/2017

**9 / AUT**